```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10411
   MIKEL J MIKOLAY
   CARLA M MIKOLAY                          CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-5692     SSN XXX-XX-4668

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/11/07 and confirmed on 09/28/07.

   2.  The case was dismissed after confirmation, 08/22/2008.

   3.  The Debtor paid a total of $  11908.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| SOLACE FINANCIAL LLC | SECURED | .00 | .00 | .00 |
| SOLACE FINANCIAL LLC | UNSECURED | 60474.43 | .00 | 1494.75 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 1749.00 | 132.19 | 976.67 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 3758.50 | 1106.47 | 3758.50 |
| BECKET & LEE LLP | UNSECURED | 3802.92 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14257.00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY/HOUSEHOLD RETAI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 12278.24 | .00 | .00 |
| CIT GROUP CONSUMER FINAN | UNSECURED | 2353.72 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8765.56 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4628.41 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 458.14 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 2302.12 | .00 | .00 |
| NAUTILIS INC | UNSECURED | 1889.15 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 735.18 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 5434.11 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1013.05 | .00 | .00 |
| GREENBERG & ASSOC | REIMBURSEMENT | 374.00 | .00 | 374.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | .00 | .00 | .00 |

```
       Summary of disbursements:
------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED  5507.50       374.00    118392.03          .00     124273.53
PRINCIPAL PAID      4735.17       374.00      1494.75          .00       6603.92
INTEREST PAID       1238.66          .00          .00          .00       1238.66
TOTAL PAID          5973.83       374.00      1494.75          .00       7842.58
```

The Debtor's attorney, GREENBERG & ASSOC            , was allowed $   3500.00 and was paid $   3500.00 .

The Trustee received $    565.42 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/13/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                                PAGE   2
         CASE NO. 07 B 10411 MIKEL J MIKOLAY & CARLA M MIKOLAY